# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 129 EM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAURICE HUDSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 21st day of November, 2019, the Emergency Unopposed Application for Bail Pending Appeal from Revocation of Probation Upon Technical Violation of Probation (Failure to Pay Court Costs) is **GRANTED.** *See* Pa.R.A.P. 1762 (providing for appellate review of a bail determination); *see also* Pa.R.A.P. 3315 (cautioning that "routine reapplications" per Chapter 17 are not invited in this Court; further explaining that this Court's review of an intermediate court's order is warranted only when there has been an "egregious error" indicating a need for an exercise of extraordinary jurisdiction).

Petitioner is to be released on unsecured bail, on conditions similar or identical to those governing his probation prior to February 12, 2019, pending a decision on his appeal to the Superior Court.